# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE VASQUEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RSI HOME PRODUCTS, INC., an unknown business entity; RSI HOME PRODUCTS MANUFACTURING, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 8:20-CV-01494-JWH-(JDEx)<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (the "Stipulation") filed by Plaintiff FELIPE VASQUEZ and Defendants RSI HOME PRODUCTS, INC., and RSI HOME PRODUCTS MANUFACTURING, INC. (collectively, the "Parties"). The Parties' Stipulation requesting dismissal of this entire action with prejudice as to Plaintiff VASQUEZ's individual claims against Defendants shall be and hereby is GRANTED. The case is hereby dismissed in its entirety, and with prejudice as to Plaintiff VASQUEZ's individual claims against Defendants.

**IT IS SO ORDERED.**

Dated: February 25, 2021

_____
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE